IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: JANICE KAY SEE ) Case no. 05-15539
) Chapter 13
)
)

F I L E D
AT WICHITA, KS
AUG 20 2009
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| 01 | CHISHOLM TRAIL ANIMAL HOSPITAL | 34.48 |

The case has been completed, therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 337625, in the amount of $ 34.48, payable to the Clerk of the Bankruptcy Court.

Laurie B. Williams

LAURIE B. WILLIAMS, S.CT. 12868
Standing Chapter 13 Trustee
225 N Market Suite 310
Wichita KS 67202
(316) 267-1791

```
UNITED STATES
BANKRUPTCY CT-KANSAS

        Wichita Division

 # 00126224 - MV
 August 20, 2009   0

 Code    Case #    Qty     Amount

 SMALL DI 05--15539         34.48 CH
    Debtor - See


 TOTAL#        34.48


 FROM: LAURIE B. WILLIAMS
       225 N MARKET STE 310
       WICHITA KS67202
```